IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BETTY ALEXIS
et al.,

    Plaintiffs,
v.                                              Civil Action No. 3:19cv543

JASON KAMRAS,
et al.,

    Defendants.

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that the MOTION TO QUASH SUBPOENA *DUCES TECUM* TO NEWS ORGANIZATION (ECF No. 20) is denied. It is further ORDERED that BH Media Group, Inc. shall produce, by May 29, 2020, the recording of the August 6, 2018 interview of Jason Kamras by Justin Mattingly.

It is so ORDERED.

                                              /s/ *REP*
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: May 22, 2020

